IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00875-REB-MEH

STEPHEN L. HORN,

     Plaintiff,

v.

JOSE MUNOZ, in his official and individual capacity,
GENE SCHILLING, in his official and individual capacity, and
THE TOWN OF CARBONDALE, COLORADO,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 2, 2007.**

     Defendants' Joint Unopposed Motion to Modify the Scheduling Order [Filed December 1, 2006; Docket #27] is **granted** as specified. The discovery deadlines are modified as follows:

| | |
|---|---|
| Joinder of Parties/ Amend Pleadings: | February 1, 2007 |
| Expert Disclosures: | February 1, 2007 |
| Rebuttal Expert Disclosures: | March 1, 2007 |
| Discovery Cutoff: | March 22, 2007 |
| Dispositive Motions: | March 28, 2007. |

     The deadline for *Daubert* motions remains set for February 18, 2007. This deadline was not set in the scheduling order, but rather by District Judge Blackburn's Trial Preparation Conference Order. Requested changes to such an order should be addressed by separate motion.