IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00875-REB-MEH

STEPHEN L. HORN,

    Plaintiff,

v.

JOSE MUNOZ, in his official and individual capacity,
GENE SCHILLING, in his official and individual capacity, and
THE TOWN OF CARBONDALE, COLORADO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 12, 2007.**

    Based on the settlement reached in this case, Plaintiff's Motion to Amend Complaint [Filed February 2, 2007; Docket #31] is **denied without prejudice**.