**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00875-REB-MEH

STEPHEN L. HORN,

    Plaintiff,

v.

JOSE MUNOZ, in his official and individual capacity,
GENE SCHILLING, in his official and individual capacity, and
THE TOWN OF CARBONDALE, COLORADO,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANTS JOSE MUNOZ AND GENE SCHILLING**

**Blackburn, J.**

    The matter before the court is the **Stipulation for Dismissal With Prejudice of Individual Defendants** [#40], filed April 11, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendants, Jose Munoz and Gene Schilling, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal With Prejudice of Individual Defendants** [#40], filed April 11, 2007, is **APPROVED**;

    2.  That plaintiff's claims against defendants, Jose Munoz and Gene Schilling, **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

2

     3.  That defendants, Jose Munoz and Gene Schilling, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

     Dated April 13, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**