**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00875-REB-MEH

STEPHEN L. HORN,

    Plaintiff,

v.

THE TOWN OF CARBONDALE, COLORADO,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation for Dismissal With Prejudice of The Town of Carbondale, Colorado** [#42], filed April 18, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice of The Town of Carbondale, Colorado** [#42], filed April 18, 2007, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for November 19, 2007, is **VACATED**; and

2

4. That the jury trial set to commence December 20, 2007, is **VACATED**.

Dated April 19, 2007, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**